WILLIAM J. FRIMEL (Bar No. 160287)
bill.frimel@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff,
On Command Video Corporation

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON COMMAND VIDEO CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL INFINITY, INC., a California corporation; ROBERT J. PRIKAZSKY, an individual; and RICHARD J. LEACOCK, an individual.<br><br>Defendants. | CASE NO. 06-02110 JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff On Command Video Corporation ("On Command") and Defendants Digital Infinity, Inc., Robert J. Prikazsky and Richard J. Leacock (collectively, "Defendants"), by and through their attorneys, hereby stipulate as follows:

WHEREAS, the Case Management Conference is currently scheduled for August 14, 2006;

WHEREAS, On Command's lead trial counsel will be out of the state in mid-August and, therefore, unable to attend the August 14, 2006 Case Management Conference;

THEREFORE, On Command and Defendants hereby stipulate to continue the August 14, 2006 Case Management Conference to September 11, 2006. On Command and Defendants further stipulate that all other dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines remain in effect.

1 | Dated: April 20, 2006

2 | DLA PIPER RUDNICK GRAY CARY US LLP

3 | By /s/ Christine K. Corbett
4 | WILLIAM J. FRIMEL
    CHRISTINE K. CORBETT
5 | Attorneys for Plaintiff
    ON COMMAND VIDEO CORPORATION

7 | Dated: April 19, 2006

8 | BERGESON, LLP

9 | By /s/ Hway-Ling Hsu
10 | HWAY-LING HSU
     Attorneys for Defendants
11 | DIGITAL INFINITY, INC., ROBERT
     PRIKAZSKY AND RICHARD LEACOCK

14 | **IT IS SO ORDERED.**

15 | April 25, 2006

/s/ James Ware
United States District Judge