UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ON COMMAND VIDEO CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL INFINITY, INC., a California corporation, ROBERT J. PRIKAZSKY, and RICHARD J. LEACOCK<br><br>Defendants. | Case No.: C-06-02110 JW<br><br>[PROPOSED] ADR STIPULATION AND ORDER |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR Court Process:

Mediation (ADR L.R.6)

X   The parties agree to hold the ADR session by January 31, 2007.

Dated: 11/13/06

_____
Attorney for Plaintiff

Dated: 11/13/06

_____
Attorney for Defendant

EM\7211342.1
562559-3

1

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Mediation. Deadline for ADR session is January 31, 2007.

IT IS SO ORDERED.

Dated: 11/14/2006

*James Ware*

JAMES WARE
UNITED STATES DISTRICT
JUDGE

EM\7211342.1
562559-3