UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ON COMMAND VIDEO CORPORATION, <br><br>          Plaintiff, <br><br>     v. <br><br> DIGITAL INFINITY, INC., et al., <br><br>          Defendants. | Case No.: C 06-2110 JW (PVT) <br><br> **INTERIM ORDER RE PLAINTIFF'S MOTION TO COMPEL** |

On December 15, 2006, Plaintiff On Command Video Corporation ("On Command") filed a Motion to Compel Discovery Responses in which it seeks an order compelling Defendant Digital Infinity, Inc. ("Digital Infinity") to provide a more detailed response to Interrogatory No. 6.[1]  Digital Infinity opposed the motion.  Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order.  Based on the moving, opposition and reply papers submitted,

IT IS HEREBY ORDERED that no later than February 9, 2007, counsel shall conduct an *in person* meet and confer regarding Interrogatory No. 6.  Prior to the meet and confer, both sides shall research the case law regarding what level of detail a party is required to provide in response to a contention interrogatory such as Interrogatory No. 6, as well as the case law regarding the timing of

---

[1]     The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

contention interrogatories.

Plaintiff's briefs contain no citation to legal authorities whatsoever, and Digital Infinity's brief cites only the local rule that requires a party moving to compel discovery to provide copies of the disputed discovery requests and responses.[2]  Thus it appears neither counsel has researched the legal standards regarding the issue of how much detail a party must include in responding to a contention interrogatory such as Interrogatory No. 6, nor the issue of when a party should be required to respond to contention interrogatories.

IT IS FURTHER ORDERED that if the parties resolve their dispute as to Interrogatory No. 6, Plaintiff shall promptly file a withdrawal of the motion.  If the parties are unable to resolve their dispute, then no later than February 14, 2007, the parties shall submit simultaneous supplemental briefs setting forth their respective positions.  Any such supplemental briefs must include citation to the legal authorities relied upon.  Absent further order of the court, the motion will be submitted on the papers.

Dated: *1/23/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2]  On Command's failure to submit copies of the interrogatories and responses did warrant summary denial of the motion.  However, Digital Infinity supplied the missing documents with its opposition, and thus that defect was cured.

Order, *page 2*