UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ON COMMAND VIDEO CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>DIGITAL INFINITY, INC., et al.,<br><br>          Defendants. | Case No.: C 06-2110 JW (PVT)<br><br>**ORDER RE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO SUBSTITUTE DOCUMENTS** |

On January 29, 2007, pursuant to instructions from the court, Defendants lodged a motion for administrative relief to substitute properly redacted documents for improperly redacted documents that had previously been filed.[1] The documents at issue are:

1.) Defendants' Motion To Compel Documents Re Demand1; Supporting Memorandum Of Points & Authorities (former Docket No. 64, "main document"); and

2.) Defendants' Motion for Discovery Sanctions Against OCV and/or Its Counsel, Jointly & Severally Re Refusal to Produce Demand1 Documents; Supporting Memorandum Of Points & Authorities (former Docket No. 66, "main document").

It had come to the court's attention that the version of the redacted motion to compel that was originally e-filed, while appearing to redact certain information, only superficially masked the

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

information. The information could still be retrieved by simply cutting and pasting the redacted portion from the e-filed document into a word processor. Thus the court instructed Defendants to lodge the aforementioned motion.[2] Defendants lodged the motion, seeking relief for the redacted motion for sanctions they filed as well as the redacted motion to compel. The court has now removed the improperly redacted documents from the court's electronic court filing system. Therefore,

IT IS HEREBY ORDERED that Defendants shall promptly: 1) e-file their motion for administrative relief to substitute documents, and 2) submit to the court *via email* to **PVTpdf@cand.uscourts.gov** properly redacted versions of former Docket Nos. 64 & 66 (memoranda of points and authorities only). The clerk of the court shall attach to Docket Nos. 64 and 66 as the "main documents" the properly redacted documents submitted by Defendants.

Dated: *1/31/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] The court instructed Defendants to initially lodge, rather than file, the motion so as to allow the court to remove the documents from the publicly available record before it was made public that the information was not actually redacted, thus reducing the risk that information designated "Confidential" might be accessed by anyone not authorized to access the information.