WILLIAM J. FRIMEL (Bar No. 160287)
bill.frimel@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff,
ON COMMAND VIDEO CORPORATION

DANIEL J. BERGESON (Bar No. 105439)
dbergeson@be-law.com
DONALD P. GAGLIARDI, (Bar No. 138979)
dgagliardi@be-law.com
HWAY-LING HSU, (Bar No. 196178)
hhsu@be-law.com
BERGESON, LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110-2712
Tel: 408.291.6200
Fax: 408.297.6000

Attorneys for Defendant and Counterclaimant,
DIGITAL INFINITY, INC., and Defendants
ROBERT J. PRIKAZSKY and RICHARD J. LEACOCK

GRANTED

*Judge James Ware*

3/23/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON COMMAND VIDEO CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL INFINITY, INC., a California corporation; ROBERT J. PRIKAZSKY, an individual; and RICHARD J. LEACOCK, an individual.<br><br>Defendants. | CASE NO. 06-02110 JW (PVT)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

-1-
EM\7216167.1
562559-3

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION,
CASE NO. C06-02110 JW (PVT)

1  The undersigned parties, through their respective counsel of record, HEREBY STIPULATE
2  as follows:
3  WHEREAS Plaintiff/Counterdefendant On Command Video Corporation ("OCV"), on the
4  one hand, and Defendants/Counterclaimants Digital Infinity, Inc., Robert J. Prikazsky and Richard J.
5  Leacock, on the other hand (collectively, the "Parties") entered into a written Confidential
6  Settlement Agreement and Mutual Release ("Settlement Agreement") with respect to this action;
7  WHEREAS, pursuant to the terms of the Settlement Agreement, the Parties agreed to
8  dismiss their operative complaint and counterclaims, respectively, in this action; and
9  WHEREAS, pursuant to the terms of the Settlement Agreement, the Parties have agreed to
10  bear their own attorneys' fees and costs in this action;
11  THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a), the Parties hereby
12  stipulate, by and through counsel, to the dismissal with prejudice of the entirety of this action. Each
13  party shall bear its own costs and attorneys' fees.
14  IT IS SO STIPULATED.

Dated: March 20, 2007

DLA PIPER US LLP

By: /s/
William J. Frimel
Christine K. Corbett
Attorneys for Plaintiff
ON COMMAND VIDEO CORPORATION

Dated: March 20, 2007

BERGESON, LLP

By: /s/
Daniel J. Bergeson
Donald Gagliardi
Hway-Ling Hsu
Attorneys for Defendants
DIGITAL INFINITY, INC., ROBERT J.
PRIKAZSKY and RICHARD J. LEACOCK

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Christine K. Corbett, attest that concurrence in the filing of this document has been obtained from counsel for Defendants. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of March, 2007 at East Palo Alto, California.

/s/
Christine K. Corbett